**Order entered December 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01433-CV

**PR OWNERS ASSOCIATION, INC. D/B/A PR2 HOMEOWNERS ASSOCIATION, Appellant**

**V.**

**CITY HOUSE, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03251-2014**

## ORDER

We **GRANT** appellant's December 9, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than December 16, 2014.

/s/    CRAIG STODDART
         JUSTICE